

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-1-2006

# Vallies v. Sky Bank

Precedential or Non-Precedential: Precedential

Docket No. 05-1002

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Vallies v. Sky Bank" (2006). *2006 Decisions.* Paper 1521.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1521

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 05-1002
_____

LOUIS R. VALLIES, individually and on behalf of all similarly
situated vehicle buyers,

Appellant

v.

SKY BANK, an Ohio Bank licensed to do business in the
Commonwealth of Pennsylvania

Appellee

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(Dist. Ct. Case No. 01-cv-1438)

_____

**O R D E R**
_____

BEFORE: SMITH, STAPLETON and NYGAARD,  <u>Circuit Judges</u>
_____

Our opinion in the above case, filed on January 5, 2006, is hereby

amended pursuant to the following: Footnote number one, on pages four

and five, will be struck in its entirety, along with the corresponding

sentence, on page four, "*Fitts was not Sky Bank's agent and at all relevant*

*times acted independently.*"  Additionally, on page six, the sentence,

"*Moreover, nothing contained in the agreement would suggest to Vallies*

*that Fitts was acting on the bank's behalf in entering it.*" will be inserted

directly prior to the sentence, "*Instead, the agreement was signed only by Vallies and Fitts.*"  Finally, "*we reverse the grant of summary judgment*" on the last line on page 17 will be replaced with, "*we reverse its order granting the motion to dismiss*".


It is so ordered.

By the Court,
/s/ Richard L. Nygaard
_____
United States Circuit Judge

Dated:     February 1, 2006